UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------  X
                                                             :
  ,                                                          :  **CONSENT TO EXERCISE**
                                                             :  **JURISDICTION BY A UNITED**
                          Plaintiff,                         :  **STATES MAGISTRATE JUDGE**
                                                             :
         -against-                                           :  Case Number:
  ,                                                          :  (BMC)
                                                             :
                          Defendant.                         :
                                                             :
-----------------------------------------------------------  X

### NOTICE OF AVAILABILITY OF A UNITED STATES
### MAGISTRATE JUDGE TO EXERCISE JURISDICTION

Exercise of this jurisdiction by a magistrate judge is permitted only if all parties voluntarily consent. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned. An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for the Second Circuit in the same manner as an appeal from any other judgment of this district court.

### CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

Dated:

Name of Firm                                    Name of Firm

By:_____                      By:_____
     Signature                                       Signature
Attorneys for plaintiff                         Attorneys for
[Address/Telephone]                             [Address/Telephone]


SO ORDERED:

_____
U.S.D.J.

## **MANDATORY REQUIREMENTS FOR INITIAL STATUS CONFERENCE**

Counsel for all parties are directed to appear before the Honorable Brian M. Cogan for an initial case management conference in accordance with Fed. R. Civ. P. 16 on the date and time set forth in the ECF notice in Chambers 717S at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York. Principal trial counsel must appear at this and all subsequent conferences.

**Plaintiff(s) counsel (is) (are) directed to notify all attorneys in this action of the conference schedule in writing.**

In cases where Fed. R. Civ. P. 26(f) applies, counsel for the parties shall confer in compliance therewith at least twenty-one (21) days prior to the scheduled conference to agree upon a proposed discovery plan.

**Counsel are directed to submit a joint letter to Chambers five days prior to the conference** with a brief description of the case, including factual, jurisdictional, and legal basis for the claim(s) and defense(s); and addressing any contemplated motions.

**Counsel are directed to bring to the conference a completed Case Management Plan using the attached form.**

Based on the complaint in this action, the Court has preliminarily classified this case as non-complex and expects a Case Management Plan to provide for a maximum of 90 days from the Initial Status Conference for completion of fact discovery. The parties may provide for a longer period in their Case Management Plan and shall address the need for such longer period at the Conference.

Counsel are directed to review Judge Cogan's Individual Practices, which may be obtained on the Court's website at http://www.nyed.uscourts.gov/pub/rules/BMC-MLR.pdf. Requests for adjournment of the conference will be considered only if made in writing and otherwise in accordance with Judge Cogan's rules.

**Consent to Trial Before Magistrate Judge.**

If **ALL** parties consent to trial before a Magistrate Judge (with or without a jury), they may execute and file by ECF the enclosed consent form at least 72 hours before the Initial

Status Conference.   Upon filing of such form, the Initial Status Conference will be cancelled and the case referred to the Magistrate Judge, and the parties shall not file a Case Management Plan unless directed by the Magistrate Judge.  *Failure to return the executed Magistrate Judge consent form* **prior to the Initial Status Conference before Judge Cogan** *shall constitute a waiver of the parties' opportunity to proceed before a Magistrate Judge.*

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
                                                           :
     [PLAINTIFF]                                           :
                                                           :     CIVIL CASE MANAGEMENT PLAN
                                        Plaintiff,         :
                    - against -                            :     CV-__-____ (BMC)
                                                           :
     [DEFENDANT]                                           :
                                                           :
                                        Defendant.         :
                                                           :
----------------------------------------------------------- X
```

**COGAN**, District Judge

      After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Federal Rules of Civil Procedure 16 and 26(f).

**A.**     The case (is) (is not) to be tried to a jury. [Circle as appropriate].

**B.**     Non-Expert Discovery:

    1.     The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of New York. All non-expert discovery is to be completed by _____, which date shall not be adjourned except upon a showing of good cause and further order of the Court. Interim deadlines for specific discovery activities may be extended by the parties on consent without application to the Court, provided the parties are certain that they can meet the discovery completion date.

        The parties shall list the contemplated discovery activities and anticipated completion dates in Attachment A, annexed hereto.

    2.     Joinder of additional parties must be accomplished by _____.

      3.      Amended pleadings may be filed without leave of the Court until _____.

C.    For all causes of action seeking monetary damages, each party shall identify and quantify in Attachment B, annexed hereto, each component of damages alleged; or, if not known, specify and indicate by what date Attachment B shall be filed providing such information.

D.    Motions:

      1.      Upon the conclusion of non-expert discovery, and no later than the date provided below, the parties may file dispositive motions.  The parties shall agree to a schedule and promptly submit same for the Court's approval, providing for no more than three rounds of serving and filing papers: supporting affidavits and briefs, opposing affidavits and briefs, and reply affidavits and briefs.

      2.      The last day for filing dispositive motions shall be _____. (Counsel shall insert a date one week after the completion date for non-expert discovery.)

           a.      There shall be no cross-motions.  Any motions not made by the agreed date shall, unless the Court orders otherwise, not be considered until after the timely-filed motion is determined.

           b.      Papers served and filed by the parties shall conform to the requirements set out in the Court's Individual Practices.

E.    Any request for relief from a date provided in this Case Management Plan shall conform to the Court's Individual Practices and include an order, showing consents and disagreements of all counsel, setting out all dates that are likely to be affected by the granting of the relief requested, and proposed modified dates.  Unless and until the Court approves the proposed order, the dates provided in this Plan shall be binding.

F.    Pre-Trial Motions:

    Applications for adjournments and for discovery or procedural rulings will reflect or contain the positions of all parties, as provided by the Court's Individual Rules, and

5

are not to modify or delay the conduct of discovery or the schedules provided in this Case Management Plan except upon leave of the Court.

**SO ORDERED.**

Dated: Brooklyn, New York U.S.D.J.
 \_\_\_\_\_ \_\_, 20\_\_

## ATTACHMENT A

**The Parties are to list the discovery activities (i.e., production of documents, number of depositions, requests to admit, interrogatories) and anticipated completion dates:**

| DISCOVERY ACTIVITIES | COMPLETION DATE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |

## ATTACHMENT B

**For all causes of action seeking monetary damages, each party shall identify and quantify each component of damages alleged:**

**1.      PLAINTIFF'S CLAIMS:**




**2.      COUNTERCLAIMS AND CROSS-CLAIMS:**




**3.      THIRD-PARTY CLAIMS:**