| AGF&J | Abrams, Gorelick, Friedman & Jacobson, LLP<br>Attorneys At Law | One Battery Park Plaza<br>4th Floor<br>New York, NY 10004 | Phone: 212-422-1200<br>Fax: 212-968-7573<br>www.agfjlaw.com |

February 7, 2012

Via ECF
Honorable Brian N. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East – Room 717S
Brooklyn, New York 11201

> Re:     Lowenbein v. United Collection Bureau
>         Case No.:      11 CV 4639 (BNC)
>         Our File No.:  7740

Dear Judge Cogan:

I represent the defendant in the above-matter. I submit this letter application for an Order compelling plaintiff to respond to the discovery demands timely served by the defendant, in accordance with the Civil Case Management Plan filed in this matter. While plaintiff's counsel, Mr. Fishman, has provided me with certain selected materials he believes support his claims in this matter, I advised Mr. Fishbein that I disagree with his analysis. There are ongoing discussions between me and Mr. Fishbein which may lead to a resolution of this case. However, in the event that our efforts do not result in settlement of this matter, plaintiff's discovery responses are overdue. Therefore, I request that this Court issue an Order compelling plaintiff to respond to the demands within a time certain. Currently, all non-expert discovery was to be completed by February 8, 2012. Plaintiff's counsel has not served any discovery demands upon the defendants.

For all of the above reasons, I respectfully request that this Court issue an Order in accordance with the above.

Thank you for your consideration of the above. I await further instruction from the Court.

Respectfully yours,
ABRAMS, GORELICK, FRIEDMAN
& JACOBSON, LLP

BY: _Barry Jacobs_
Barry Jacobs

CC:   Via ECF and e-mail: fishbeinadamj@gmail.com
      Adam J. Fishbein, P.C.
      Attorney for Plaintiff

AGF&J   Abrams, Gorelick, Friedman & Jacobson, LLP
         Attorneys At Law

Honorable Brian N. Cogan
United States District Court
February 7, 2012
Page 2 of 2

        483 Chestnut Street
        Cedarhurst, New York 11516