**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

February 7, 2012

**VIA ECF**
The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:    Lowenbein v. United
        11 CV 4639 (BMC)**

Dear Judge Cogan:

I represent the plaintiff in the above referenced.  Instead of moving forward with another motion to compel, the parties respectfully request that the parties be afforded up to 45 days to complete discovery and in the interim, are working diligently, to resolve the matter.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/
Adam J. Fishbein

Cc:     Barry Jacobs, Esq.