UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
BASHIE LOWENBEIN on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

UNITED COLLECTION BUREAU, INC.,

                Defendant.
------------------------------------------------------------------------ x

Docket No.: 11 cv 4639

**OFFER OF JUDGMENT**

Defendant offers to stipulate to the entry of judgment in favor of plaintiff and against defendant, in the amount of $7,000.00, including interest, costs, and attorney's fees. This offer of judgment is made pursuant to Fed. R. Civ. P. 68.

        ABRAMS, GORELICK, FRIEDMAN &
        JACOBSON, P.C.
        Attorney for Defendant
        United Collection Bureau, Inc.

        By: _____
           Barry Jacobs (BJ-0216)
        One Battery Park Plaza - 4th Floor
        New York, New York  10004
        (212) 422-1200
        File No.: 7740

TO:    ADAM J. FISHBEIN, P.C.
          Attorney for Plaintiff
          483 Chestnut Street
          Cedarhurst, New York  11516
          (516) 791-4400