**AGF&J** Abrams, Gorelick, Friedman & Jacobson, LLP
Attorneys At Law

One Battery Park Plaza
4th Floor
New York, NY 10004

Phone: 212-422-1200
Fax: 212-968-7573
www.agfjlaw.com

February 9, 2012

Via ECF
Honorable Brian N. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Lowenbein v. United Collection Bureau
            Case No.:    11 CV 4639 (BNC)
            Our File No.:  7740

Dear Judge Cogan:

      I represent the defendant, United Collection Bureau. I submit this as my application for an adjustment of the dates set forth in your Honor's Order of February 9, 2012. I have spoken with Mr. Fishbein, plaintiff's counsel, and he consents to the application.

      On my return to my office, a review of my schedule for the next month reminded me that I will be out of town beginning February 28, 2012 and not returning to my office until March 5, 2012. I apologize to the Court and to Mr. Fishbein, but I completely forgot about my out of town engagement for that time period. As a result, I request that the dates set for the deposition of the parties and the date for beginning of the bench trial, each be adjourned and the dates to complete depositions and to start the bench trial each be extended out a period of 10 days. Mr. Fishbein has advised me that he has an engagement on March 13, 2012, and requests that any adjourned dates take that into consideration.

      Thank you for your consideration of the above. I sincerely apologize for any inconvenience that my lapse of memory in Court has caused.

                                    Respectfully yours,
                                    ABRAMS, GORELICK, FRIEDMAN
                                    & JACOBSON, P.C.

                                    BY:_____
                                        Barry Jacobs

CC:    Via e-mail: fishbeinadam@gmail.com
        Adam J. Fishbein, P.C.
        483 Chestnut Street
        Cedarhurst, New York 11516