**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

February 15, 2012

**VIA ECF**
The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:   Lowenbein v. United
         11 CV 4639 (BMC)**

Dear Judge Cogan:

I represent the plaintiff in the above referenced matter and am informing the Court that the parties have continued with settlement discussions and plaintiff just accepted defendant's most recent offer to settle. The defendant has committed to have payment in my office by March 15, 2012. Therefore, plaintiff requests that the Court provide that the parties may seek to reopen the matter for forty-five days instead of thirty so that the plaintiff can be assured that the funds clear my escrow account.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/
Adam J. Fishbein

Cc:   Barry Jacobs, Esq.